956 A.2d 348

IN THE MATTER OF JANE KISSLING, A/K/A JANE GREENBERG, A/K/A JANE KIRKPATRICK, AN ATTORNEY AT LAW.

September 24, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in 07–398, recommending on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **JANE KISSLING, a/k/a JANE GREENBERG, a/k/a JANE KIRKPATRICK,** of **MIAMI, FLORIDA,** who was admitted to the

bar of this State in 1989, and who has been temporarily suspended from the practice of law since September 19, 1994, be disbarred for violating *RPC* 1.15(a) (knowing misappropriation of client trust funds), *RPC* 8.4(c) (conduct involving fraud, dishonesty, deceit or misrepresentation), and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979);

And **JANE KISSLING, a/k/a JANE GREENBERG, a/k/a JANE KIRKPATRICK,** having failed to appear on the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **JANE KISSLING, a/k/a JANE GREEN-BERG, a/k/a JANE KIRKPATRICK,** be disbarred, effective immediately, and that her name be stricken from the roll of attorneys;

ORDERED that **JANE KISSLING, a/k/a JANE GREEN-BERG, a/k/a JANE KIRKPATRICK** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.